F I L E D

MAR 10, 2021

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JEFFREY P. ALLSTEADT, CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. [11-14697] |
| | ) | |
| [MAURICE J. SMITH] | ) | Judge [BENJAMIN GOLDGAR] |
| | ) | Chapter [7] |
| | ) | |
| | ) | Trustee – [Name of trustee] |
| [MAURICE J. SMITH], | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Proceeding No. |
| | ) | [Adversary Proceeding number] |
| 1. NAVIENT SOLUTIONS LLC | ) | |
| 2. GOVERNORS STATE UNIVERSITY | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DICHARGE OF ALL STUDENT LOANS
FOR INABILITY TO PAY ON BANKCRUPTCY GROUNDS.**

### Preliminary Statement

1. This is a complaint for discharge of student loans pursuant to 11 U.S.C. § 523(a)(8). The plaintiff has not been able to repay his student loans since 1986 due to financial difficulties. After unsuccessful attempts to repay the debts the plaintiff filed for bankruptcy on 04/07/2011. Due to recurrent financial crisis the plaintiff is not ever going to be able to repay his students loans and still afford a basic living standard.

### Jurisdiction and Venue

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and § 157 in that this action arises in and relates to the bankruptcy case, In re Maurice J.Smith, Case No. 11-14697 filed on 04/07/2011 and presently pending before this Court. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I). Venue is proper in this district under 28 U.S.C. § 1409(a).

### Parties

3. The plaintiff is an individual who resides in Cook County, Illinois.

4. Navient Solutions LLC is a business entity that in the ordinary course of business regularly, on behalf of itself or others, engages in the origination, servicing and collection of consumer debt. NAVIENT Solutions has a principal place of business at 123 Justison St Wilmington, DE 19801

5. Governors State University is an institution of higher learning with its principal place of business at 1 University PKWY University Park, IL 60484

### Statement of Facts

6. In 1978, Congress enacted section 523(a)(8) of the Bankruptcy Code to prohibit the discharge of federal student loans during the first five years of repayment (unless payment would constitute an undue hardship) to address a growing concern that students were taking advantage of the Bankruptcy Code by incurring extensive student loan debt and then declaring bankruptcy soon after graduation.

7. 11 U.S.C. § 523(a)(8) excluded from bankruptcy discharge government loans that became due more than five years prior to the bankruptcy petition, repayment of which would not cause "undue hardship" on the debtor.

8. Subsequent amendments, which lengthened and eventually eliminated the five-year non-discharge ability time frame for loans by the federal government, have made it has become increasingly difficult

9. for debtors to ever attain discharges of those student loan debts.
10. The debtor is faced with a "certainty of hopelessness" because the debtor will never be able to pay the student loans for reasons outside of the debtor's control.
11. The debtor did not obtain a college degree which has obviously strained his income flow due to inability to secure well-paying jobs that need higher qualifications.
12. Section 523(a)(8) of the Bankruptcy Code provides that a discharge under Section 727 does not discharge a debtor's student loan debt unless excepting such debt from discharge would impose an "undue hardship" on the debtor and the debtor's dependents. 15 Although the Bankruptcy Code does not define the term "undue hardship," the Eleventh Circuit adopted


11. Section 523(a)(8) of the Bankruptcy Code provides that a discharge under Section 727 does not discharge a debtor's student loan debt unless excepting such debt from discharge would impose an "undue hardship" on the debtor and the debtor's dependents. 15 Although the Bankruptcy Code does not define the term "undue hardship," the Eleventh Circuit adopted

12. Undue hardship standard set forth by the Second Circuit in Brunner to guide a court's analysis. The Brunner test allows a debtor to discharge student loan debt, only if the debtor proves by a preponderance of the evidence, all of the following: (1) That the debtor cannot maintain, based on current income and expenses, a "minimal" standard of living for herself and her dependents if forced to repay the loans; (2) That additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans; and (3) That the debtor has made good faith efforts to repay the loans.

13. The plaintiff meets of the three criterion for the Brunner test and thus respectively moves to request this honorable court to discharge his student loans for the reasons mentioned in this complaint.

14. WHEREFORE, plaintiff prays that the Court;

   a. Issues declaratory relief that Plaintiff Student Loans be discharged upon entry of the applicable discharge orders;

   b. Orders injunctive relief prohibiting Defendants from continuing to seek collection on Plaintiff's student debts;

   c. Awards actual damages and monetary sanctions for violations of the discharge orders;

   d. Orders disgorgement;

   e. Awards them attorneys' fees and costs to the fullest extent permitted under the law;

   f. Issues pre-judgment and post-judgment interest; and

   g. Other such relief as the Court deems just and proper.

Respectfully submitted,

*Maurice J. Smith*

[Maurice J. Smith], Pro Se

Maurice J Smith
4250 179th St
Country Club Hills, IL 60478
651-592-5194
bigreese68@yahoo.com

B1040 (FORM 1040) (12/15)

**FILED**
**MAR 10, 2021**
**JEFFREY P. ALLSTEADT, CLERK**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>MAURICE J SMITH | DEFENDANTS<br>1. NAVIENT SOLUTIONS LLC<br>2. GOVERNORS STATE UNIVERSITY |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>■ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>■ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Due to financial hardship, the plaintiff has NEVER been able to make any payments in the 35 years since taking out his FIRST student loan in 1986. Therefore, if forced to repay, the plaintiff will not be able to afford the basic standard of living as he already has strained income. There is also a high probability that the plaintiff's financial strain will continue for a significant portion of the loan repayment period.

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
■ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>MAURICE J SMITH | BANKRUPTCY CASE NO.<br>11-14697 | |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN DISTRICT OF ILLINOIS | DIVISION OFFICE<br>EASTERN DIVISION | NAME OF JUDGE<br>BENJAMIN GOLDGAR |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| *Maurice J. Smith* (signature) |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 03/09/2021 | MAURICE J. SMITH |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Bk case number: 11-14697

**NOTICE OF MOTION**

To,

Governors State University
1 University PKWY
University Park, IL 60484

PLEASE TAKE NOTICE that on **03/22/2021** at **9:30 a.m**. I will appear before the Honorable Benjamin Goldgar or any judge sitting in that judge's place, and present the motion of Adversary Complaint to discharge all student loans, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meetingID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 500 0972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: Maurice J Smith

4250 179th St
Country Club Hills, IL 60478
651-592-5194
bigreese68@yahoo.com

## CERTIFICATE OF SERVICE

    I, Maurice J Smith certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America **[if a non-attorney]** that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _MARCH 10th_, 20_21_ at _10:00_ (a.m)/p.m.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bk case number: 11-14697

## NOTICE OF MOTION

To,

Navient Solutions, LLC
123 Justison St
Wilmington, DE 19801

PLEASE TAKE NOTICE that on **03/22/2021** at **9:30 a.m**. I will appear before the Honorable Benjamin Goldgar or any judge sitting in that judge's place, and present the motion of Adversary Complaint to discharge all student loans, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meetingID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 500 0972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: Maurice J Smith

4250 179th St
Country Club Hills, IL 60478
651-592-5194
bigreese68@yahoo.com

## CERTIFICATE OF SERVICE

I, Maurice J Smith certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America **[if a non-attorney]** that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _MARCH 10th_, 20_21_, at _10:00_ a.m./p.m.